UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALBERTO CAMPOS RODRIGUEZ, | |
| Plaintiff, | 3:15-cv-00212-RCJ-VPC |
| v. | |
| BRIAN SANDOVAL, ADAM LAXALT, JAMES COX, ISIDRO BACA, ROD MOORE, | ORDER |
| Defendants. | |

I. **DISCUSSION**

Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis, a motion for recusal of district judge, and a motion to change venue. (ECF No. 1, 1-1, 3, 4). Pursuant to the Nevada Department of Corrections inmate search database, it appears that Plaintiff is no longer incarcerated. Plaintiff filed a notice of change of address with this Court on August 12, 2015. (ECF No. 5).

Plaintiff's change of address indicates his new address is the Office of Allen Lichtenstein, Attorney at Law. (Id.). Mr. Lichtenstein has made no appearance in this case, however. If Mr. Lichtenstein wishes to represent the defendant, he shall file a notice of appearance. If not, Plaintiff is advised that in order for this case to proceed, he must provide the Court with a valid change of address.

The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his

updated address with this Court. Failure to comply with this rule may result in dismissal of this action with prejudice.

1.  **CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file an updated address with this Court within thirty (30) days from the date of entry of this order.

IT IS FURTHER ORDERED the Clerk shall SEND a copy of this order to Mr. Lichtenstein at the address on file.

IT IS FURTHER ORDERED Plaintiff's failure to timely comply with this order will result in a report and recommendation to the District Court to dismiss this action with prejudice.

IT IS FURTHER ORDERED that if Plaintiff does timely comply with this order, the District Court shall screen Plaintiff's complaint.

DATED: This ____ day of October, 2015.

_____
United States Magistrate Judge